IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NANERTHA WRIGHT, as Personal Representative of the Estate of MARY B. COACHMAN, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>WOODLEY MANOR NURSING HOME, et al.,<br><br>    Defendants. | CASE NO. 2:06-cv-01041-WKW |

## **ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Wallace Capel for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 28th day of November, 2006.

                                             /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE