IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NANERTHA WRIGHT, as Personal Representative of the Estate of MARY B. COACHMAN, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>WOODLEY MANOR NURSING HOME,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO. 2:06-CV-1041-WKW<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon of review of the *Motion to Dismiss*, filed by Defendant Woodley Manor Nursing Home (Doc. 2, filed November 20, 2006), it is

**ORDERED** that Plaintiff show cause why this motion should not be granted on or before January 18, 2007.

DONE this 9th day of January, 2007.

                                                                  /s/ Terry F. Moorer
                                                                  TERRY F. MOORER
                                                                  UNITED STATES MAGISTRATE JUDGE