IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NANERTHA WRIGHT, as Personal Representative of the Estate of MARY B. COACHMAN, deceased, )))) | |
| Plaintiff, )) | |
| v. ) | CASE NO. 2:06-CV-1041-WKW |
| ) | |
| WOODLEY MANOR NURSING HOME, ))) | |
| ) | |
| Defendant. ) | |

## **AMENDED ORDER**

Upon of review of the *Motion to Dismiss*, filed by Defendant Woodley Manor Nursing Home (Doc. 2, filed November 20, 2006), and the original *Order* entered by the court (Doc. 4), it is

**ORDERED** that the deadline for Plaintiff to show cause why this motion should not be granted is extended to **February 5, 2007**.

IN DEFERENCE TO THE PLAINTIFF'S STATUS AS A NON-LAWYER, PRO-SE LITIGANT, THE COURT ADVISES:

   1.   It is necessary to respond specifically to each ground asserted in the Motion to Dismiss.

   2.   Failure to file *any* response may be treated as an abandonment of the claims set

forth in the complaint. If Plaintiff fails to respond with respect to *each* of the claims challenged in the motion for dismissal, the Court may treat this failure as an abandonment of each specific claim not addressed in Plaintiff's response. **The *pro se* Plaintiff is advised that if she fails to file *any* response**, the court will proceed to decide the merits of Defendant's contention that "the complaint fails to state a claim upon which relief can be granted."

3. **Failure to follow the requirements of this Order in responding to the Defendant's motion may result in the entry of a final judgment in defendant's favor without any trial.**

DONE this 19th day of January, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE