**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nanertha Wright
1547 Oakland Street
Montgomery, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Nanertha Wright_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

NANERTHA WRIGHT

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

2:06 CV 1041
# 7 Rec.

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from ser          7006 2760 0002 8193 2207

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540