IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NANERTHA WRIGHT, as Personal, Representative of the Estate of MARY B. COACHMAN, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>WOODLEY MANOR NURSING HOME,<br><br>    Defendant. | CASE NO. 2:06-CV-1041-WKW |

## **ORDER**

On March 1, 2007, the Magistrate Judge filed a Recommendation (Doc. # 7) that the Plaintiff's claims against Woodley Manor Nursing Home be dismissed with prejudice. Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED; and

2. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

Done this 19th day of March, 2007.

                                               /s/  W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE